UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM RENJOIR,           )<br>                              )<br>    Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>STATE OF TEXAS, et al.,   )<br>                              )<br>    Defendants.         )<br>_____) | CASE NO. C13-1204-RSL<br><br>REPORT AND RECOMMENDATION |

Plaintiff William Renjoir, proceeding *pro se*, submitted an application to proceed *in forma pauperis* (IFP) and a proposed complaint to this Court for review.  (Dkt. 1.)  He brings his claims against the State of Texas and the Texas Rangers.

Plaintiff contends out-of-date "[e]mergency management protocols, procedures, past, current and possible rules and regulations involving 'fall-out shelters' and emergency protocols for the State of Texas and Texas Rangers[]" have made it nearly "impossible to protect international interests of foreign governments, royalty and random selected persons or

REPORT &
RECOMMENDATION
PAGE -1

property, including but not limited to President Bush, his family, the Queen of England, her family, Nobel Prize candidates and possible Nobel recipients[.]" (Dkt. 1-1.) He maintains he has "personally witnessed and been involved in several assassination attempts on Presidential and royal family members at Rangers Stadium and in other areas of Texas." (*Id*.) A review of the Court's filing system reveals plaintiff has filed several similar cases in this Court, with the earliest filing recommended for dismissal as frivolous. *See* C13-1043-MJP, C13-1201-RSL, C13-1202-JCC, and C13-1203-JCC.

Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it determines a complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant immune from such relief. § 1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

In this case, plaintiff fails to set forth facts sufficient to state a cognizable claim against the defendants, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Also, in naming the State of Texas, plaintiff appears to seek relief against an immune defendant. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 15th day of July, 2013.

/s/ MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

REPORT &
RECOMMENDATION
PAGE -2