01
02
03
04
05
06
07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  WILLIAM RENJOIR,                    )
                                        )   CASE NO. C13-1204-RSL
10            Plaintiff,                )
                                        )
11       v.                             )   ORDER STRIKING *IN FORMA*
                                        )   *PAUPERIS* APPLICATION AND
12  STATE OF TEXAS, et al.,             )   DISMISSING CASE
                                        )
13            Defendants.               )
    _____)
14

15       The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

16  his complaint, the Report and Recommendation of Mary Alice Theiler, United States

17  Magistrate Judge, and the remaining record, does hereby find and Order:

18       (1)   The Court adopts the Report and Recommendation;

19       (2)   Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with

20             prejudice; and

21       (3)   The Clerk shall send a copy of this Order to plaintiff.

22  / / /

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01       Dated this 21st day of August, 2013.

02

03                               /s/ Robert S. Lasnik
                                 Robert S. Lasnik
                                 United States District Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2